**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00164-JLK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALFREDO RASCON-ARVISO,

    Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

    Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

    **ORDERED** that the defendant, ALFREDO RASCON-ARVISO, be allowed to travel to Chihuahua, Mexico from December 29, 2007, until January 2, 2008.

    **DATED** at Denver, Colorado, this 4th day of October, 2007.

                                    BY THE COURT:

                                    ***s/John L. Kane***
                                    John L. Kane
                                    Senior United States District Judge